SEALED

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY 19  PM 4:01

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES WAGNER,<br><br>Defendant. | **SEALED**<br><br>4:26CR3045<br><br>INDICTMENT<br>18 U.S.C. § 2251(a)<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |

The Grand Jury charges that

## COUNT I

Beginning at least on or about October 8, 2025 and continuing until on or about October 25, 2025, within the District of Nebraska, JAMES WAGNER, the defendant herein, did employ, use, persuade, induce, entice, and coerce a minor, Victim 1, to engage in sexually explicit conduct and acts that are indistinguishable from that of a minor engaging in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2251(a).

## COUNT II

Beginning at least on or about October 8, 2025 and continuing until on or about October 25, 2025, in the District of Nebraska, the defendant, JAMES WAGNER, knowingly received child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate

1

SEALED

or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT III

On or about October 30, 2025, in the district of Nebraska, JAMES WAGNER, the defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer including images of child pornography.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
TESSIE L. SMITH
Assistant United States Attorney

2